**Order entered August 23, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00825-CV

### IN THE INTEREST OF J.A., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00638-W**

## ORDER

This is an accelerated appeal from a judgment terminating appellant's parental rights. *See* TEX. R. APP. P. 28.4. The notice of appeal was filed one-day late, but within the fifteen-day extension period authorized under Texas Rule of Appellate Procedure 26.3. *See id.* 26.1(b), 26.3. By letter dated August 4, 2016, we directed appellant to file, no later than August 15, 2016, a motion to extend the time to file the notice of appeal that complied with appellate rule 26.3. *See id.* 26.3. To date, the motion has not been filed. However, on August 19, 2016, appellant filed a motion to extend time to file the brief. The brief was originally due August 17, 2016. The Court will take no action on this motion until the required motion to extend time to file the notice of appeal is filed. We **ORDER** appellant to file the required motion no later than August 26, 2016. Appellant is cautioned that failure to do so may result in dismissal of the appeal without further notice.

/s/     ELIZABETH LANG-MIERS
JUSTICE